UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| SAMUEL DE DIOS<br><br>Plaintiff,<br>vs.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, BROADSPIRE SERVICES, INC. AND BRAND ENERGY & INFRASTRUCTURE SERVICES<br><br>Defendant. | NO. 5:18-CV-04015<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BRAND ENERGY & INFRASTRUCTURE SERVICES** |

This matter comes before the Court on the Stipulation between the parties that the claims against Defendant Brand Energy & Infrastructure Services be dismissed without prejudice, each party to pay their own costs and attorney fees. Complete record is waived.

The Court, being fully advised in the premises, finds that such an Order should be entered.

It is therefore ORDERED, ADJUDGED AND DECREED that Brand Energy & Infrastructure Services is dismissed without prejudice, each party to pay their own costs and attorney fees, and complete record is waived.

Dated this 11th day of February, 2019.

_____
JUDGE, United States District Court

Prepared by:

Timothy A. Clausen
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, Iowa 51106
712-252-1866

ATTORNEY FOR DEFENDANT
BRAND ENERGY &
INFRASTURCTURE SERVICES