# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

SAMUEL DE DIOS,

    Plaintiff,

vs.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, et al.,

    Defendants.

No. C18-4015-LTS

**ORDER**

    In light of the amended opinion (Doc. No. 112) issued by the Iowa Supreme Court in response to the question certified by this court, the parties shall file a joint status report, on or before **July 26, 2019**, describing the steps the parties believe the court should take to advance this litigation. Among other things, the parties should address what deadlines should be established or adjusted and whether the court should, as tentatively discussed, set trial for October 26, 2020. If the parties are unable to agree on any of these issues, the joint status report should describe their respective positions.

    **IT IS SO ORDERED.**

    **DATED** this 12th day of July, 2019.

    _____
    Leonard T. Strand, Chief Judge